[No. 5778-6-II. Division Two. July 29, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. GORDON JAMES REED, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. C-2346, Herbert E. Wieland, J., entered August 14, 1981. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Petrie and Reed, JJ.

[No. 11541-3-I. Division One. August 1, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. PIERRE HUDSON ADAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 81-1-03655-1, Charles V. Johnson, J., entered March 8, 1982. *Affirmed* by unpublished opinion per Callow, J., concurred in by Durham, A.C.J., and Swanson, J.

[No. 11100-1-I. Division One. August 1, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. DANA R. REINHART, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 81-1-02577-0, Frank H. Roberts, Jr., J., entered December 14, 1981. *Affirmed* by unpublished opinion per Williams, J., concurred in by Ringold and Corbett, JJ.